## VERIFICATION

I, Eleuterio Sanchez Zaravia, being duly sworn, deposes and says:

I am the plaintiff in the above action. I have read the foregoing Verified Complaint and know its contents, and it is true to my own knowledge, except as to matters stated to be alleged on information and belief, and as to those matters I believe it to be true.

I hereby consent to join this lawsuit as a party plaintiff. (Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)

This document has been translated for me into my native language of Spanish, and that I understand all of the terms contained herein.

| | |
|---|---|
| Name / Nombre: | Eleuterio Sanchez Zaravia |
| Address / Direccion: | 207 105th Street, Apt 6A |
| | New York, New York 10029 |
| Phone Number / Numero de Teléfono: | (212) 933-0145 |
| Legal Representative / Abogado: | Michael Faillace & Associates, P.C. |
| Other / Otro: | N/A |
| Signature / Firma: | *Eleuterio S Z* |
| Date / Fecha: | 4/16/07 |

TO: Clerk of Court, Southern District of New York
500 Pearl Street, New York, New York 10007