## VERIFICATION

I, Julio Cesar Zaravia, being duly sworn, deposes and says:

I am the plaintiff in the above action. I have read the foregoing Verified Complaint and know its contents, and it is true to my own knowledge, except as to matters stated to be alleged on information and belief, and as to those matters I believe it to be true.

I hereby consent to join this lawsuit as a party plaintiff. (Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)

This document has been translated for me into my native language of Spanish, and that I understand all of the terms contained herein.

Name / Nombre: Julio Cesar Zaravia

Address / Direccion: 107 15th Street, Apt 3L

Brooklyn, New York 11220

Phone Number / Numero de Teléfono: (718) 851-1231

Legal Representative / Abogado: Michael Faillace & Associates, P.C.

Other / Otro: N/A

Signature / Firma: *Julio Cesar Zaravia*

Date / Fecha: *17 de Abri de 2007*

TO:  Clerk of Court, Southern District of New York
     500 Pearl Street, New York, New York 10007