**VERIFICATION**

I, Miguel Saravia Gutierres, being duly sworn, deposes and says:

I am the plaintiff in the above action. I have read the foregoing Verified Complaint and know its contents, and it is true to my own knowledge, except as to matters stated to be alleged on information and belief, and as to those matters I believe it to be true.

I hereby consent to join this lawsuit as a party plaintiff. (Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)

This document has been translated for me into my native language of Spanish, and that I understand all of the terms contained herein.

Name / Nombre:             Miguel Saravia Gutierres

Address / Direccion:        207 105th Street, Apt 6A

                            New York, New York 10029

Phone Number / Numero de Teléfono:    (212) 933-0145

Legal Representative / Abogado:       Michael Faillace & Associates, P.C.

        Other / Otro:                  N/A

Signature / Firma:          [signature]

Date / Fecha:               4-16-2007


TO:   Clerk of Court, Southern District of New York
      500 Pearl Street, New York, New York 10007