**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

MIGUEL GUTIERRES, ELEUTARIO ZARAVIA, and
JULIO CESSAR ZARAVIA,

                                        *Plaintiffs,*

                    -against-

LA ISLA CAFÉ RESTAURANT, CORP. and
MAXIMO BELLO,

                                        *Defendants.*
-------------------------------------------------------------------X

**CONSENT TO JOIN LAWSUIT**
**CONSENTIMIENTO**
**PARA HACER**
**PARTE DE UNA DEMANDA**


**07 CV 3290 (JSR)(HP)**

**ECF Case**


TO:    Clerk of Court, Southern District of New York
       500 Pearl Street, New York, New York 10007

I hereby consent to join this lawsuit as a party plaintiff.
(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda
como uno de los demandantes.)

Name / Nombre:                          Lucrecia Fernandez

Address / Direccion:                    72 Clinton Street

                                        New York, New York 10002

Phone Number / Numero de Teléfono:      (347) 615-2311


Legal Representative / Abogado:         Michael Faillace & Associates, P.C.

          Other / Otro:                 N/A

Signature / Firma:                      *Lucrecia Fernandez*

Date / Fecha:                           06/13 07