UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MIGUEL GUTIERRES, ELEUTARIO ZARAVIA,
and JULIO CESSAR ZARAVIA

                        Plaintiffs,

                - against-

LA ISLA CAFÉ RESTAURANT, CORP.
and MAXIMO BELLO

                        Defendants.
------------------------------------------------------------x

STIPULATION OF
DISCONTINUANCE
WITH PREJUDICE

Index No. 07-CV-3290
(JSR)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/07

    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs MIGUEL GUTIERRES, ELEUTARIO ZARAVIA, and JULIO CESSAR ZARAVIA and LUCRECIA FERNANDEZ and Defendant MAXIMO BELLO, through their respective attorneys, that the action and claims presented herein shall be and are hereby dismissed with prejudice, and that each party shall bear its own costs and attorneys' fees.

Dated: New York, New York
         August 7, 2007

LAW OFFICES OF
JONATHAN WEINBERGER
Attorneys for Defendant MAXIMO BELLO

By: _____
    Jonathan Weinberger (JW-2425)
880 Third Avenue, 13th Floor
New York, New York 10022
(212) 752-3380

MICHAEL FAILLACE & ASSOCIATES, P.C.
Attorneys for Plaintiffs

By: _____
    Michael Faillace (MF-8436)
110 East 59th Street, 32nd Flr.
New York, N.Y. 10022

SO ORDERED:

_____
Hon. Jed S. Rakoff

8-10-07