MICHAEL FAILLACE & ASSOCIATES, P.C.
Michael Faillace [MF-8436]
110 East 59th Street, 32nd Floor
New York, New York 10022
Telephone:    (212) 317-1200
Facsimile:    (212) 317-1620
*Attorneys for Plaintiffs*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-18-07
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

MIGUEL GUTIERRES, ELEUTARIO ZARAVIA, and
JULIO CESSAR ZARAVIA,

                                        *Plaintiffs,*

                    -against-

LA ISLA CAFÉ RESTAURANT, CORP. and
MAXIMO BELLO,

                                        *Defendants.*
-----------------------------------------------------------------X

07 CV 3290 (JSR)(IIP)

**STIPULATION AND [PROPOSED]**
**ORDER DISMISSING ACTION**
**WITH PREJUDICE AS AGAINST**
**DEFENDANT LA ISLA CAFÉ**
**RESTAURANT, CORP.**

**ECF Case**

IT IS HEREBY STIPULATED by Plaintiffs Miguel Guitierres, Eleutario Zaravia, Julio

Cessar Zaravia, and Lucrecia Fernandez ("Plaintiffs"), through their attorney, Michael A.

Faillace, Esq., that the action and all claims presented therein, shall be and are hereby

DISMISSED WITH PREJUDICE, with respect to Defendant La Isla Café Restaurant, Corp., and

that each party shall bear its own costs and attorneys' fees.

Dated: New York, New York
           December 13, 2007

                                        Michael Faillace & Associates, P.C.

                                        By:  _____
                                               Michael Faillace, Esq. [MF-8436]
                                               110 East 59th Street, 32nd Floor
                                               New York, New York 10022
                                               Telephone: (212) 317-1200
                                               *Attorneys for Plaintiffs*

SO ORDERED
_____
USDJ
12-14-07